1  LONGYEAR, O'DEA & LAVRA, LLP
   John A. Lavra, CSB No.: 114533
2  Kelley S. Kern, CSB No. 221265
   3620 American River Drive, Suite 230
3  Sacramento, CA 95864
   Phone: 916-974-8500
4  Facsimile: 916-974-8510

5  Attorneys for Defendants
   County of Sacramento (also sued erroneously herein as
6  Sacramento County Child Protective Services),
   Ann Edwards, Sandra Thompson, Shaunte Derrick and Santrice Davis
7
   KOMANAPALLI MASSEY LLP
8  Mark A. Massey, ESQ., SBN 180804
   mark-massey@sbcglobal.net
9  Joyce A. Komanapalli, ESQ., SBN 231436
   j.komanapalli@gmail.com
10 Corporate Business Center
   225 South Lake Avenue, Suite 300
11 Pasadena, CA  91101
   PH: 888-990-9894
12 FAX: 626-421-6729

13 Attorneys for Plaintiffs,
   Jacqueline Gaines and O.M.
14

15                    **UNITED STATES DISTRICT COURT**

16             **EASTERN DISTRICT OF CALIFORNIA SACRAMENTO DIVISION**

17

| | |
|---|---|
| JACQUELINE GAINES, an individual and O.M., an individual and Minor, by and through her guardian ad litem, Leroy H.,<br><br>        Plaintiffs,<br><br>  vs.<br><br>SACRAMENTO COUNTY CHILD PROTECTIVE SERVICES AGENCY, an agency of the County of Sacramento, ANN EDWARDS, in her individual and professional capacities; SANDRA THOMPSON, in her individual professional capacities;  SHAUNTE DERRICK, in her individual and professional capacities; SANTRICE DAVIS, in her individual and professional capacities; and DOES 1 through 25, INCLUSIVE<br><br>        Defendants. | Case No.: 2:12-CV-01450-GEB-EFB<br><br>**STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME FOR PARTIES TO EXCHANGE EXPERT WITNESS DISCLOSURES**<br><br>**Local Rule 143** |

_____
**Stipulation and [Proposed] For Extension Of Time For Expert Witness Disclosures**
1

Pursuant to Local Rule 143, the Parties hereto, by and through their respective counsel, stipulate to extend the time for expert witness disclosure and rebuttal expert witness disclosure by approximately 60 days to allow for additional discovery before expert disclosure.

The parties jointly propose continuing the following deadlines as set forth below:

- **Initial Disclosure of Expert Witnesses**: current deadline of September 27, 2013. **Proposed new deadline**: December 6, 2013;
- **Disclosure of Rebuttal Expert Witnesses**: current deadline of October 31, 2013. **Proposed new deadline**: January 6, 2014;

WHEREAS, this request is not being made of the purposes of delay, or any other improper purpose;

WHEREAS, continuing the deadlines for completing the disclosure of expert witnesses will not prejudice any party or their counsel; and

NOW, THEREFORE, IT IS HEREBY STIPULATED and agreed by Plaintiffs and Defendants, through their respective attorneys of record, that this Court continue the deadlines as set forth above.

IT IS SO STIPULATED.

Dated:  July 18, 2013                    LONGYEAR, O'DEA & LAVRA, LLP

By:  */s/ John A. Lavra*
JOHN A. LAVRA
KELLEY S. KERN

Dated:  July 18, 2013                    KOMANAPALLI MASSEY, LLP

By:  */s/ Joyce A. Komanapalli*
JOYCE A. KOMANAPALLI
MARK A. MASSEY

## ORDER

Pursuant to stipulation, it is ordered that Initial Expert Witness Disclosure shall occur by December 6, 2013, and any authorized rebuttal expert witness disclosure shall occur by January 6, 2014.

**IT IS SO ORDERED.**

Date:   7/18/2013

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

---
**Stipulation and [Proposed] For Extension Of Time For Expert Witness Disclosures**
3