LONGYEAR, O'DEA & LAVRA, LLP
John A. Lavra, CSB No.: 114533
Kelley S. Kern, CSB No. 221265
3620 American River Drive, Suite 230
Sacramento, CA 95864
Phone: 916-974-8500
Facsimile: 916-974-8510

Attorneys for Defendants
County of Sacramento (also sued erroneously herein as
Sacramento County Child Protective Services),
Ann Edwards, Sandra Thompson, Shaunte Derrick and Santrice Davis

KOMANAPALLI MASSEY LLP
Mark A. Massey, ESQ., SBN 180804
mark-massey@sbcglobal.net
Joyce A. Komanapalli, ESQ., SBN 231436
j.komanapalli@gmail.com
Corporate Business Center
225 South Lake Avenue, Suite 300
Pasadena, CA  91101
PH: 888-990-9894
FAX: 626- 486-2162

Attorneys for Plaintiffs,
Jacqueline Gaines and O.M.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA SACRAMENTO DIVISION

| | |
|---|---|
| JACQUELINE GAINES, an individual and O.M., an individual and Minor, by and through her guardian ad litem, Leroy H.,<br><br>    Plaintiffs,<br><br>  vs.<br><br>SACRAMENTO COUNTY CHILD PROTECTIVE SERVICES AGENCY, an agency of the County of Sacramento, ANN EDWARDS, in her individual and professional capacities; SANDRA THOMPSON, in her individual professional capacities;  SHAUNTE DERRICK, in her individual and professional capacities; SANTRICE DAVIS, in her individual and professional capacities; and DOES 1 through 25, INCLUSIVE<br><br>    Defendants. | Case No.: 2:12-CV-01450-GEB-EFB<br><br>**STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME FOR CLOSE OF DISCOVERY, EXPERT WITNESS DISCLOSURES AND DISPOSITIVE MOTIONS**<br><br>**Local Rule 143** |

---

**Stipulation and [Proposed] For Extension Of Time For Close of Discovery,
Expert Witness Disclosures and Dispositive Motions**

1

Pursuant to Local Rule 143, the Parties hereto, by and through their respective counsel, stipulate to extend the time for discovery, including expert witness disclosure and rebuttal expert witness disclosure, as well as the time for hearing any dispositive motion, in order to allow the parties time to explore mediation before incurring additional litigation costs.

The parties jointly propose continuing the following deadlines as set forth below:

- **Initial Disclosure of Expert Witnesses**: current deadline of December 6, 2013.
  **Proposed new deadline**: January 24, 2014.
- **Disclosure of Rebuttal Expert Witnesses**: current deadline of January 6, 2014.
  **Proposed new deadline**: February 7, 2014.
- **Discovery closes:** current deadline of February 28, 2014.
  **Proposed new deadline**: March 28, 2014.
- **Last day for hearing dispositive motions**: current deadline of April 21, 2014.
  **Proposed new deadline**: May 5, 2014.

WHEREAS, the parties wish to explore alternative dispute resolution through mediation before continuing with further discovery in an attempt to minimize litigation costs;

WHEREAS, this request is not being made of the purposes of delay, or any other improper purpose;

WHEREAS, continuing the deadlines for completing the disclosure of expert witnesses and other discovery, as well as the filing and hearing of dispositive motions will not prejudice any party or their counsel; and

NOW, THEREFORE, IT IS HEREBY STIPULATED and agreed by Plaintiffs and Defendants, through their respective attorneys of record, that this Court continue the deadlines as set forth above.

IT IS SO STIPULATED.

Dated:  September 10, 2013                LONGYEAR, O'DEA & LAVRA, LLP

By:  */s/ John A. Lavra*
       JOHN A. LAVRA
       KELLEY S. KERN

---

1
2  Dated: September 10, 2013                KOMANAPALLI MASSEY, LLP
3
4                                                        */s/ Joyce A. Komanapalli*
                                            By:  JOYCE A. KOMANAPALLI
5                                                MARK A. MASSEY
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

---
**Stipulation and [Proposed] For Extension Of Time For Close of Discovery,
Expert Witness Disclosures and Dispositive Motions**

**ORDER**

Pursuant to stipulation, it is ordered that Initial Expert Witness Disclosure shall occur by January 24, 2014.  Disclosure of Rebuttal Expert Witnesses shall occur by February 7, 2014.  All discovery shall be completed by March 28, 2014.  The last day for hearing dispositive motions shall be May 5, 2014.

Dated: September 10, 2013

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

---

**Stipulation and [Proposed] For Extension Of Time For Close of Discovery,
Expert Witness Disclosures and Dispositive Motions**

4