LONGYEAR, O'DEA & LAVRA, LLP
John A. Lavra, CSB No.: 114533
Kelley S. Kern, CSB No. 221265
3620 American River Drive, Suite 230
Sacramento, CA 95864
Phone: 916-974-8500

*Attorneys for Defendants*
*County of Sacramento (also sued erroneously herein as Sacramento County Child Protective Services),*
*Ann Edwards, Sandra Thompson and Shaunte Derrick*

EVANS, WIECKOWSKI & WARD LLP
Carol Wieckowski, CSB No.: 95586
745 University Ave
Sacramento, CA 95825
Phone: 916-923-1600

*Attorney for Santrice Davis*

KOMANAPALLI MASSEY LLP
Mark A. Massey, ESQ., SBN 180804
Joyce A. Komanapalli, ESQ., SBN 231436
Corporate Business Center
225 South Lake Avenue, Suite 300
Pasadena, CA 91101
Phone: 888-990-9894

*Attorneys for Plaintiffs,*
*Jacqueline Gaines and O.M.*

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA SACRAMENTO DIVISION

| | |
|---|---|
| JACQUELINE GAINES, an individual and O.M., an individual and Minor, by and through her guardian ad litem, Leroy H.<br><br>                Plaintiffs,<br><br>        vs.<br><br>SACRAMENTO COUNTY CHILD PROTECTIVE SERVICES AGENCY, an agency of the County of Sacramento, ANN EDWARDS, in her individual and professional capacities; SANDRA THOMPSON, in her individual professional capacities; SHAUNTE DERRICK, in her individual and professional capacities; SANTRICE DAVIS, in her individual and professional capacities; and DOES 1 through 25, INCLUSIVE<br><br>                Defendants. | Case No.: 2:12-CV-01450-GEB-EFB<br><br>**STIPULATION AND [PROPOSED] ORDER FOR CONTINUANCE OF TRIAL DATE AND ALL PRETRIAL DEADLINES**<br><br>**Local Rule 143** |

_____
**Stipulation and [Proposed] For Continuance of Trial and All Pretrial Deadlines**
1

Pursuant to Local Rule 143, the Parties hereto, by and through their respective counsel, stipulate to, and request an order, continue the trial date in this matter, as well as all pretrial deadlines by 90 days. This Stipulation and [Proposed] Order is based on the need for additional time to conduct discovery and file pretrial motions before trial.

On November 25, 2013, the parties attended a mediation session with retired Judge Raul Ramirez. Unfortunately, the mediation session was unsuccessful and the case did not settle. Thereafter, on December 3, 2013, the parties filed a Stipulation and Proposed Order seeking additional time to conduct discovery and continuing pretrial deadlines and trial. On December 11, 2013, the court issued a Minute Order amending the scheduling dates. Since that time, the parties have been diligently working on discovery, including exchanging expert witness information. However, the parties agree that they need additional time to conduct further discovery and prepare pretrial motions. The current Scheduling Order does not allow for a further continuance of those deadlines without imposing on the current trial date. For these reasons, the parties hereby stipulate to continue the current trial date and all pretrial dates to allow sufficient time to prepare the case

The parties jointly propose continuing the following deadlines as set forth below:

- **Discovery closes:** current deadline of July 25, 2014.

  **Proposed new deadline**: October 24, 2014.

- **Last day for hearing dispositive motions**: current deadline of September 8, 2014.

  **Proposed new deadline**: December 8, 2014.

- **Pretrial Conference:** currently scheduled for November 10, 2014.

  **Proposed new date**: February 9, 2015

- **Trial**: current start on February 3, 2015

  **Proposed new date**: May 11, 2015

WHEREAS, this request is not being made of the purposes of delay, or any other improper purpose;

WHEREAS, continuing the trial date and all pretrial deadlines by approximately 90 days will not prejudice any party or their counsel; and

1   NOW, THEREFORE, IT IS HEREBY STIPULATED and agreed by Plaintiffs and Defendants, through their respective attorneys of record, that this Court continue the deadlines as set forth above.

IT IS SO STIPULATED.

Dated:  June 25, 2014                              LONGYEAR, O'DEA & LAVRA, LLP

                                                   By:  */s/ John A. Lavra*
                                                        JOHN A. LAVRA
                                                        KELLEY S. KERN

DATE:    June 24, 2014                             EVANS, WIECKOWSKI & WARD LLP

                                                   By:  */s/ Carol Wieckowski*
                                                        Carol Wieckowski
                                                        Attorney for Santrice Davis

Dated:  June 25, 2014                              KOMANAPALLI MASSEY, LLP

                                                   By:  */s/ Joyce A. Komanapalli*
                                                        JOYCE A. KOMANAPALLI
                                                        MARK A. MASSEY

---

**Stipulation and [Proposed] For Continuance of Trial and All Pretrial Deadlines**

## **ORDER**

Pursuant to stipulation, it is ordered that all discovery shall be completed by October 24, 2014. The last day for hearing dispositive motions shall be December 8, 2014. The Pretrial Conference shall be held on February 9, 2105 at 2:30 p.m. A joint pretrial statement shall be filed seven days prior to the hearing. Trial shall commence on May 19, 2015, at 9:00 a.m.

Dated: June 25, 2014

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

---

**Stipulation and [Proposed] For Continuance of Trial and All Pretrial Deadlines**

4