UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACQUELINE GAINES, an individual; and O.M., an individual and Minor, by and through her guardian ad litem, Leroy H., <br><br> Plaintiffs, <br><br> v. <br><br> SACRAMENTO COUNTY CHILD PROTECTIVE SERVICES AGENCY, an agency of the County of Sacramento; ANN EDWARDS, in her individual and professional capacities; SANDRA THOMPSON, in her individual and professional capacities; SHAUNTE DERRICK, in her individual and professional capacities; and SANTRICE DAVIS, in her individual and professional capacities, <br><br> Defendants. | No. 2:12-cv-01450-GEB-EFB <br><br> **ORDER** |

Pursuant to the parties' stipulation to "continue the trial date in this matter, as well as all pretrial deadlines by 90-120 days," (ECF No. 27), the following scheduling dates are amended, as follows:

All discovery shall be completed by January 23, 2015; the last hearing date for motions shall be March 30, 2015, commencing at 9:00 a.m.; the final pretrial conference is set for

1  June 1, 2015, at 1:30 p.m. in courtroom 10; and trial commences
2  at 9:00 a.m. on September 15, 2015, in courtroom 10.
3  Dated:  September 24, 2014

```
                              _____
                              GARLAND E. BURRELL, JR.
                              Senior United States District Judge
```